**SUGIYAMA CHAIN CO., LTD., I & OC of Japan Co., Ltd, and HKK Chain Corp. of America, Plaintiffs,**

v.

**UNITED STATES, Defendant.**

**Court No. 92–10–00661.**

**Slip Op. 94–112.**

United States Court of International Trade.

July 7, 1994.

ORDER

CARMAN, Judge.

This case having been duly submitted for decision and this Court, after due deliberation, having rendered a decision herein, which reversed in part, remanded in part and sustained in part the Department of Commerce's final results in *Roller Chain, Other Than Bicycle, From Japan; Final Results of Antidumping Duty Administrative Review,* 57 Fed.Reg. 43,697 (1992); and Commerce having reported the results of its remand determination to this Court; and plaintiffs having accepted the remand determination, it is hereby

**ORDERED** the Department of Commerce's *Final Results of Redetermination Pursuant to Court Remand, Sugiyama Chain Co. v. United States, Slip Op. 93–78* is sustained; and it is further

**ORDERED** this case is dismissed.